UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GUARDRAIL, INCORPORATED<br><br>　　　　Defendant | C.A. No. 05-11566 GAO |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant, Guardrail, Inc. in the above-captioned action. Defendant was served with the complaint and summons on August 1, 2005.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: October 13, 2005

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

/s/ Catherine M. Campbell
Attorney for Plaintiff,
Charles Langone, Fund Manager

Certificate of Service

I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Denise Chymbor, President, Guardrail, Inc., PO Box 687, Meridian, CT 06450.

Date: October 13, 2005

/s/ Catherine M. Campbell
Catherine M. Campbell