**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LANGONE** | **CIVIL ACTION** |
|         **Plaintiff** | |
| | **NO.  05-11566-GAO** |
| **V.** | |
| **GUARDRAIL INC.** | |
|         **Defendant** | |

**NOTICE OF DEFAULT**

Upon application of the Plaintiff, __LANGONE__ for an order of Default for failure of the Defendant, __GUARDRAIL INC.__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __24__ day of __OCTOBER 2005__ .

                                                                 SARAH A. THORNTON
                                                                 CLERK OF COURT

                                                                 **PAUL S. LYNESS**
                                      **By:** _____
                                                                   **Deputy Clerk**

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)