UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
)
)
Plaintiff, )
) C.A. No. 05-11566 GAO
v. )
)
GUARDRAIL, INCORPORATED )
)
Defendant )
)

## JUDGMENT

A default has been entered against Guardrail, Inc. on October 24, 2005, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the principal sum of $14,087.85 pursuant to a Fund payroll audit for the months of January 2002 through July 2005, rate underpayments in the amount of $529.13, a late charge for December 2004 in the amount of $14.70, interest in the sum of $655.12, liquidated damages in the sum of $2,926.34, and attorneys' fees and costs in the sum of $1,554.00 and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Guardrail, Inc. the sum of $19,767.14. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated: 12/20/05                    Paul S. Lyness
                                   Deputy Clerk