• AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

for the     DISTRICT OF     Massachusetts

Charles Langone, Fund Manager of the
New England Teamsters & Trucking
Industry Pension Fund

V.

Guardrail, Inc.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:    05cv11566 GAO

I, _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action   12/20/2005  , as it
                                                                                                                        Date

appears in the records of this court, and that

**No notice of appeal from this judgment has been filed and no motion of any kind listed in
Rule 4(a) of the Federal Rules of Civil Procedure has been filed.**

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

_____       _____
Date                                                                                     Clerk

                                                                                                                               (By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (•) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(• Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
)
    Plaintiff, )
) C.A. No. 05-11566 GAO
v )
)
GUARDRAIL, INCORPORATED )
)
    Defendant )
)

## JUDGMENT

A default has been entered against Guardrail, Inc. on October 24, 2005, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the principal sum of $14,087.85 pursuant to a Fund payroll audit for the months of January 2002 through July 2005, rate underpayments in the amount of $529.13, a late charge for December 2004 in the amount of $14.70, interest in the sum of $655.12, liquidated damages in the sum of $2,926.34, and attorneys' fees and costs in the sum of $1,554.00 and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Guardrail, Inc. the sum of $19,767.14. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated: 12/20/05                              Paul S Lyness
                                                                               Deputy Clerk